83,118-01

April 21, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 5-7-15
BY: PC

Abel Acosta, Clerk
Court Criminal Appeals
P O Box 12308
Austin, TX 78711

RE: WR-83,118-01
TR. CT. No. 061552-A

Dear Clerk :

Enclosed are Carbon Copies of my "Motion To Strike", And "Applicant's Objections" For Filing IN The Above-Numbered Matter.

Though I Filed the Originals in the district Court, the district Clerk did Not Afford Me the Opportunity To file Responsive Pleadings before forwarding the case file to You.

LARRY PIRPICH
P.O. Box 9000
HENDERSON TX
75653

Thank You

Larry Pirpich

# No. 061552-A

EX PARTE      §   397th Judicial District

          §   GRAYSON County

Larry Pirrich      §   State of Texas.

---

# MOTION TO STRIKE

---

To the 397th District Court:

Comes Larry E. Pirrich, Applicant in the above-numbered and styled matter, moving the Court To Strike the "State's Response To 11.07 Application For Writ of Habeas Corpus".

In support of his request, Applicant/Movant shows the Court the Following:

## Non Compliance

Movant's Application was Filed Feb. 17, 2015.

## NonCompliance (Cont'd)

The State's Answer was due No later than the first week's end, in March.

In its March 31st Answer the state did Not offer a Justification for why it did Not comply with ART. 11.07, Sec. 3 (b) which states that the Answer to the Application SHALL occur "Not later than the 15th day After the Application is Received". ibid.

In this matter the state is holding Applicant To the letter of the law, And in so doing must be held to the Rules as well.

What does it say when the state is allowed To bend the Rules as it Goes along?

## P R A Y E R

Wherefore, the State's answer having been filed six (6) week's after movant's application was received, in blatant disregard for the rule of law the rest of us are bound by, Applicant moves the court to strike the State's answer (entitled "State's Response") as untimely and for noncompliance with the mandatory language of 11.07 §3(b), Texas Code of Criminal Procedure.

Respectfully, —

Larry Pirpich
4.6.15

Larry Pirpich
P O Box 9000
Henderson TX
75653.